**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| LONGHORN HD LLC., | Case No. 2:22-cv-00070 |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| QNAP SYSTEMS, INC., | |
| Defendant. | |

**NOTICE OF ATTORNEY APPEARANCE**

Notice is hereby given that the undersigned attorney, Vincent J. Rubino, III, enters his appearance in this matter for Plaintiff Longhorn HD LLC. for purposes of receiving notices and orders from the Court.

Dated:  March 7, 2022

Respectfully submitted,

 /s/ *Vincent J. Rubino, III*
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
 Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

**ATTORNEYS FOR PLAINTIFF
LONGHORN HD LLC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on March 7, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Vincent J. Rubino, III*
Vincent J. Rubino, III