# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

|  |  |
|---|---|
| LONGHORN HD LLC., | Case No. 2:22-cv-00070 |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. |  |
| QNAP SYSTEMS, INC., |  |
| Defendant. |  |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, John Andrew Rubino, enters his appearance in this matter for Plaintiff Longhorn HD LLC. for purposes of receiving notices and orders from the Court.

Dated:  March 7, 2022

Respectfully submitted,

/s/ *John Andrew Rubino*
John Andrew Rubino
NY Bar No. 5020797
Email: jarubino@rubinoip.com
**RUBINO IP**
830 Morris Turnpike
Short Hills, New Jersey 07078
Telephone: (973) 535-0920
Facsimile: (973) 994-5141

**ATTORNEYS FOR PLAINTIFF
LONGHORN HD LLC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on March 7, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                        */s/ John Andrew Rubino*
                                         John Andrew Rubino