# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LONGHORN HD LLC, ) | |
| ) | Case No. 2:22-cv-00070 |
| Plaintiff, ) | JURY TRIAL DEMANDED |
| v. ) | |
| ) | |
| QNAP SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

NOW COMES Kurt Truelove, of the Truelove Law Firm, PLLC, 100 West Houston, Marshall, Texas 75670, and enters an appearance as counsel of record for Plaintiff Longhorn HD LLC.

Mr. Truelove requests to receive notices from the Court on all issues related to this case.

DATED: March 8, 2022

                                                                                        Respectfully submitted,

                                                                                       */s/ Kurt Truelove*
                                                                                        Justin Kurt Truelove
                                                                                       TX State Bar No. 24013653

                                                                                       **TRUELOVE LAW FIRM, PLLC**
                                                                                       100 West Houston
                                                                                       Marshall, Texas 75670
                                                                                      903-938-8321
                                                                                      903-215-8510 Fax
                                                                                      kurt@truelovelawfirm.com

## CERTIFICATE OF SERVICE

 I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service

                */s/ Kurt Truelove*