AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF TEXAS
Marshall Division

LONGHORN HD LLC.,
*Plaintiff(s)*

v.   Civil Action No. 2:22-cv-00070-JRG

QNAP SYSTEMS, INC.,
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

QNAP Systems, Inc.
2f-5f, No. 22, Zhongxing Road
New Taipei City, 22161
Taiwan

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Vincent J. Rubino, III, Esq.
FABRICANT LLP
411 Theodore Fremd Avenue, Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 3/8/22

CLERK OF COURT

*David A. O'Toole*

*Signature of Clerk or Deputy Clerk*

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Texas

Case Number: 2:22-CV-00070-JRG-RSP

Plaintiff:
**Longhorn HD, LLC**

vs.

Defendant:
**Qnap Systems, Inc.**

For:
Fabricant LLP
411 Theodore Fremd Rd.
Suite 206
South Rye, NY 10580

Received by Mike Techow on the 22nd day of April, 2022 at 2:26 pm to be served on **Qnap Systems, Inc. c/o The Texas Secretary of State, 1019 Brazos, Austin, Travis County, TX 78701**.

I, Mike Techow, being duly sworn, depose and say that on the **22nd day of April, 2022** at **4:10 pm, I:**

delivered to a **CORPORATION BY AND THROUGH ITS REGISTERED AGENT**, by delivering a true copy of the **2 Copies - Summons in a Civil Action and Complaint for Patent Infringement with a $55.00 Secretary of State Fee** with the date of service endorsed thereon by me, to: **Michelle Robinson, Texas Secretary of State** as **Authorized Agent** at the address of: **1019 Brazos Street, Austin, Travis County, TX 78701** on behalf of **Qnap Systems, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'11, Weight: 175, Hair: Blonde, Glasses: N

Subscribed and Sworn to before me on the 22nd day of April, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

**Mike Techow**
PSC-1215, Exp. 7/31/2022

**Inter County Judicial Services LLC (Syosset, NY)**
6851 Jericho Turnpike
Suite 180
Syosset, NY 11791
(516) 248-8270

Our Job Serial Number: MST-2022003477
Ref: 2212064