# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LONGHORN HD LLC, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | Case No. 2:22-cv-00070-JRG-RSP (LEAD CASE) |
| QNAP SYSTEMS, INC., | § § | |
| RAZER INC., | § § | Case No. 2:22-cv-00071-JRG-RSP (MEMBER CASE) |
| *Defendant*. | § | |

## ORDER

Before the Court is Plaintiff Longhorn HD LLC's Notice of Dismissal of Claims against Defendant Razer Inc. (Dkt. No. 20.) In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action as to Razer in the above-captioned case are **DISMISSED WITH PREJUDICE**. It is **ORDERED** that each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of the Court is directed to **CLOSE** the above-captioned cases as no parties or claims remain.

**So Ordered this**

**Oct 17, 2022**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE